**Order filed September 20, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00741-CV
_____

**CHARLES ORR, INDIVIDUALLY AND DBA SUNBELT SERVICES GROUP, Appellant**

**V.**

**CHAMPION WIRE & CABLE, LLC, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-65101**

## ORDER

The notice of appeal in this case was filed August 10 2012. The clerk's record was filed August 21, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. _See_ Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **October 5, 2012.** _See_ Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM